983 So.2d 1268 (2008)
STATE ex rel. Mark BALL
v.
STATE of Louisiana.
No. 2007-KH-1926.
Supreme Court of Louisiana.
June 20, 2008.
In re Ball, Mark;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. J, No. 03-5008; to the Court of Appeal, Fifth Circuit, No. 07-KH-523.
Denied. Untimely and repetitive. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; cf. La.C.Cr.P. art. 930.4(D).